UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
)
**Norwell D. Wilson, Sr.** ) Case No. _____
**1143 No Bottom Rd.** ) Chapter  **13**
**Warrenton, NC 27589** )
)
)
)
)
)
)
)
SS#  xxx-xx-9260 )
SS#  _____ )
Debtor(s) )

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **5-24-16** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

**CHAPTER 13 PLAN SUMMARY**

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.   Plan Payments**

The plan proposes a payment of  **$1,189.00**  per month for a period of  **60**  months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.   Administrative Costs**

    **1.   Attorney fees.**

    ☑ The attorney for the Debtor will be paid the base fee of **$4,500.00. The Attorney has received $0.00____ from the Debtor** pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

    ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

    **2.   Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.   Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

    **1.   Domestic Support Obligations ("DSO")**

    a.   ☑ None

    b.   The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

    c.   All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

    d.   Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

    **2.   Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Internal Revenue Service** | **$10,641.17** |
| **NC Department of Revenue** | **$3,098.27** |

IV. **Secured Claims**

1. **Real Property Secured Claims**

    a. ☐ None

    b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **NationStar Mortgage, LLC** | **195 Stagecoach Rd Warrenton, NC 27589 Warren County Owns jointly with ex-wife. Pursuant to divorced agreement, debtor is to make payments on a 1st & 2nd deed of trust. Value is debtor's 1/2 interest.** | NR | Y | $372.11 | **PRORATA @ 8.875%** | T |
| **Springleaf Financial Services** | **195 Stagecoach Rd Warrenton, NC 27589 Warren County Owns jointly with ex-wife. Pursuant to divorced agreement, debtor is to make payments on a 1st & 2nd deed of trust. Value is debtor's 1/2 interest.** | NR | Y | $130.30 | **PRORATA @ 13.780%** | T |

2. **Personal Property Secured Claims**

    a. ☐ None

    b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Wells Fargo Auto Finance** | **2002 Cadillac Deville 100,000 miles** | $5,185.26 | Y | $0.00 | $0.00 | $99.04 | 5.5% |
| Quantam 3 Group LLC | Ring | $1,000.00 | Y | $1,191.41 | $0.00 | $19.10 | 5.5% |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

    The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|

| Creditor | Collateral to be Released |
|---|---|
| -NONE- | |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

**V.   Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

**VI.   General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is  **39% or $18,860.00 whichever is less. (due to equity)**

**VII.   Executory Contracts/Leases**

    a.   ☑ None

    b.   The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

    c.   The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII.   Special Provisions**

    a.   ☐ None

    b.   Other classes of unsecured claims and treatment

  c. Other Special Terms

  **Debtor proposes to pay NationStar & Springleaf on a 1st and 2nd Deed of Trust in full @ contract rate. Pursuant to separation agreement, Debtor is to make payments.**

Date: 5-24-16

/s/ Donald D. Pergerson
**Donald D. Pergerson 13069**
Attorney for the Debtor
Address: **406 Dabney Drive**
  **P. O. Box 2289**
  **Henderson, N. 27536**
Telephone: **252-492-7796**
State Bar No. **13069**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: **Norwell D. Wilson, Sr.** | ) ) ) ) |
| SS# xxx-xx-9260 | ) |
| SS# _____ | ) |
| Debtor(s) | ) |

NOTICE TO CREDITORS
AND
PROPOSED PLAN

Case No. _____

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Attorney General of the United States**
**US Department of Justice**
**950 Pennsylvania Ave. NW**
**Washington, DC 20530-0001**

**BB&T**
**Bankruptcy Section**
**P.O. Box 1847**
**Wilson, NC 27894-1847**

**Credit Bureau of Greensboro**
**P. O. Box 26140**
**Greensboro, NC 27402**

**Credit One Bank**
**P.O. Box 98873**
**Las Vegas, NV 89193**

**Duke Health Physicians**
**PO Box 900002**
**Raleigh, NC 27675**

**Duke Medicine**
**5213 South Alston Ave.**
**Durham, NC 27713**

**Four County Eye Associates**
**451 Ruin Creek Rd.**
**Suite 204**
**Henderson, NC 27536**

**GE Money Bank / Lowes**
**PO Box 103104**
**Roswell, GA 30076**

**Granville Medical Center**
**PO Box 947**
**Oxford, NC 27565**

**Granville Urology Assoc.**
**568 Ruin Creek Rd**
**Suite 121**
**Henderson, NC 27536**

**Henderson Emergency Physicians, PLLC**
**PO Box 80010**
**Philadelphia, PA 19101**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**LVNV Funding LLC**
**P.O. Box 10587**
**Greenville, SC 29603-0587**

**LVNV Funding LLC**
**P.O. Box 10587**
**Greenville, SC 29603-0587**

**Maria Parham Medical Center**
**PO Box 59**
**Henderson, NC 27536**

**N.C. Employment Security Commission**
**PO Box 26504**
**Raleigh, NC 27611**

**NationStar Mortgage, LLC**
**Attn: Bankruptcy Dept.**
**PO Box 630267**
**Irving, TX 75063**

**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640-0002**

**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640-0002**

**One Main Financial**
**FKA: Citifinancial**
**136 West Andrews Ave.**
**Henderson, NC 27536**

**Private Diagnostic Clinic**
**P.O. Box 63362**
**Charlotte, NC 28263-3362**

**Quantam 3 Group, LLC**
**12006 98th Ave NE**
**Suite 200**
**Kirkland, WA 98034**

**Reginald S.Hinton**
**Process Agent For NC Dept.Of Revenue**
**Post Office Box 25000**
**Raleigh, NC 27640-5000**

**Rex Heart and Vascular**
**2500 Blue Ridge Rd.**
**Suite 219**
**Raleigh, NC 27607**

**Rex Hospital**
**PO Box 71058**
**Charlotte, NC 28272-1058**

**Springleaf Financial**
**FKA American General Finance**
**891 S. Beckford Dr. Ste B**
**Henderson, NC 27536**

**Springleaf Financial Services**
**PO Box 3251**
**Evansville, IN 47731**

**Tractor Supply Credit Plan**
**Processing Center**
**Des Moines, IA 50364-0001**

**Triangle Orthopaedic Associates, PA**
**120 William Penn Plaza**
**Durham, NC 27704-2150**

**US Attorney**
**Middle District of NC**
**101 South Edgeworth St.-4th Floor**
**Greensboro, NC 27401**

**Vance County Ambulance Service**
**122 Young St.**
**Suite B**
**Henderson, NC 27536**

**Verizon Wireless**
**Bankruptcy Dept.**
**500 Technology Dr.**
**Suite # 550**
**Saint Charles, MO 63304-2225**

**Wake Radiology Consultants,P.A.**
**P.O.Box 19368**
**Raleigh, NC 27619-9368**

**Warren County Tax Collector**
**P. O. Box 240**
**Warrenton, NC 27589**

**Wells Fargo Auto Finance**
**PO Box 29704**
**Phoenix, AZ 85038-9704**

Date:   5-24-16                                    /s/ Donald D. Pergerson
                                                    **Donald D. Pergerson 13069**