B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Middle District of North Carolina

In re  Norwell D. Wilson, Sr.
Debtor

Case No.  16-80449

Chapter  13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association

Court claim no. (if known): 16

Last four digits of any number you use to identify the debtor's account:  9  8  4  1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____ mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | 10/09/2019 | (8) $ 957.13 |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                                                          Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

x _[signature]_     Signature

Date  03/31/2020
      mm/dd/yyyy

**Print:** Raymond (First Name)   Valderrama (Last Name)      **Title:** Asst Vice President

**Company:** BSI Financial Services

**Address:** 7505 Irvine Center Drive, Suite 200
Irvine, CA 92618

**Contact phone:** 949-679-6856

**Email:** vescobar@bsifinancial.com

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

**Mortgage Statement**
STATEMENT DATE 10/18/19
Property Address: RT 4 BOX 379, WARRENTON NC 27589

| Account Number: | ****9841 |
|---|---|
| Post-Petition Payment Date: | 12/01/19 |
| **Post-Petition Payment Amount:** | **$351.49** |

This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $213.99 |
| Interest: | $1.58 |
| Escrow (Taxes and/or Insurance): | $135.92 |
| **Regular Monthly Payment:** | **$351.49** |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts | $-256.97 |
| **Total Amount Owed Post-Petition** | **$94.52** |

DONALD D. PERGERSON
RE: NORWELL D WILSON
P. O. BOX 2289
HENDERSON NC 27536

### Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $4,253.52 | | |
| Interest Rate (Until Maturity): | 8.87500% | Prepayment Penalty: | NO |
| Escrow Balance: | $-1,429.22 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (09/17/19 to 10/18/19)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 09/30/19 | Payment | $603.10 | $429.35 | $37.83 | $135.92 | $0.00 | $0.00 |
| 09/30/19 | Payment | $65.35 | $0.00 | $0.00 | $0.00 | $0.00 | $65.35 |
| 09/30/19 | Reversal | $-668.45 | $0.00 | $0.00 | $0.00 | $0.00 | $-668.45 |
| 10/08/19 | Payment | $603.10 | $432.52 | $34.66 | $135.92 | $0.00 | $0.00 |
| 10/08/19 | Payment | $65.35 | $0.00 | $0.00 | $0.00 | $0.00 | $65.35 |
| 10/09/19 | Tax Disbursement | $-957.13 | $0.00 | $0.00 | $-957.13 | $0.00 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $861.87 | $2,961.80 |
| Interest | $72.49 | $308.46 |
| Escrow (Taxes and/or Insurance) | $271.84 | $1,899.29 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $565.15 |
| Partial Payments (Unapplied)* | $-537.75 | $81.09 |
| **Total** | **$668.45** | **$5,815.79**\*\* |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
\*\* These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $0.00 | $0.00 | $9,690.11 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

### Important Messages

---

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

**Account Number:** ****9841

Property Address: RT 4 BOX 379, WARRENTON NC 27589

DONALD D. PERGERSON
RE: NORWELL D WILSON
P. O. BOX 2289
HENDERSON NC 27536

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

### Payment Amount

| | |
|---|---|
| Post-Petition Payment Date: | 12/01/19 |
| Post-Petition Payment Amount: | $351.49 |

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $_____
Additional Escrow: $_____

**Total Amount Enclosed** $_____

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

9841 00000794156 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

NORWELL D. WILSON, SR.

CASE NO. 16-80449

Chapter 13

Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies that this day a copy of the Notice of Postpetition Mortgage Fees, Expenses and Charges filed on April 1, 2020, was served upon the person listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

| | |
|---|---|
| Norwell D. Wilson, Sr.<br>191 Stage Coach Road<br>Warrenton, NC 27589 | Debtor |
| Donald D. Pergerson<br>PO Box 2289<br>Henderson, NC 27536 | Attorney for Debtor |
| Richard M. Hutson, II<br>3518 Westgate Drive, Suite 400<br>Durham, NC 27707 | Trustee |

DATED: April 1, 2020.

/s/ John W. Fletcher III
Henderson, Nystrom, Fletcher & Tydings, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC 28202
(704) 334-3400, ext 203
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com